**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 9:25-CR-80100-WPD**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**MICHAEL BRETSIK,**

      **Defendant.**

_____/

## DEFENDANT'S NOTICE OF FILING LETTERS OF SUPPORT

Defendant, **MICHAEL BRETSIK** ("**Mr. Bretsik**"), by and through undersigned counsel, hereby files this Notice of Filing Letters of Support, attached to which he has included eight (8) character letters written on his behalf (Exhibit 1).

Respectfully submitted,

**GRAYROBINSON, P.A.**
Attorneys for Defendant
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
brian.bieber@gray-robinson.com
alek.ubieta@gray-robinson.com

By:    s/Brian H. Bieber
        BRIAN H. BIEBER
        Florida Bar #8140

By:    s/Alek Ubieta
        ALEK UBIETA
        Florida Bar #1039546

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Brian H. Bieber
BRIAN H. BIEBER

s/Alek Ubieta
ALEK UBIETA

# EXHIBIT 1

Wendy L. Bretsik
961 Kenneth Ct.
Howell, MI 48843

November 21, 2025

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida

RE: Michael Bretsik

Dear Judge Dimitrouleas,

My name is Wendy Bretsik. I am a Senior Executive Assistant with a Bachelors Degree in Management Information Systems from Oakland University, Rochester, MI.  I am a mother of three grown children and a grandmother. I am also Michael Bretsik's wife. My family is the center of my life, and my faith guides me in all I do. It is with great respect that I write to you on behalf of my husband, Michael.

After enduring 24 years of verbal abuse, my first marriage ended in divorce in 2012. Raising three children on my own taught me strength and clarity about what I truly wanted – and didn't want – in a relationship when I was finally ready to date again. I made a list of qualities I hoped to find in a man, and I kept that list in a drawer and prayed that if I ever loved again, it would be someone who truly embodied those traits.

In May 2016, I met Michael. We lived two hours apart and commuted nearly every weekend to see each other. Over the course of five years of dating, I came to see how many of those qualities from my list he carried naturally. Michael is responsible and financially stable, not driven by material things but by genuine care for people, and the simple joys of life. He has gone out of his way to help my elderly parents with household tasks, repairs, etc without hesitation. He supported my kids in so many ways as well – attending their high school games, helping them fix their cars, gave advice, and encouraged them. From early on, I always felt we shared the same dreams for the future – to live a life built on love, faith, and compassion. He has been my partner in every sense of the word—loving, dependable, and supportive and encouraging. We were married on October 2, 2021.

Michael's true character is reflected in the way he cares for others, especially his 20-year-old son, Evan, who has Duchenne Muscular Dystrophy (DMD). DMD is the most severe form of muscular dystrophy, a rare genetic disorder that primarily affects boys and causes progressive muscle weakness and the gradual loss of muscle function. Evan is completely dependent on others for care for all aspects of daily living, including showering, preparing meals, washing his clothes, doctor appointments, right down to unscrewing the caps off water bottles. Michael provides this care half of the time on his own, tending to Evan's every need with remarkable patience, compassion, and dedication. His unwavering commitment as a caregiver speaks volumes about his heart and the depth of his character.

Michael also ensures that Evan is able to experience and enjoy the things he loves most in life – such as hunting, attending college football games, going to NASCAR races, charter fishing excursions, etc. Michael once carried Evan on his back up the 87 steps of the Lincoln Memorial in the heat of July as the elevator was out of service. He has worked tirelessly to provide these opportunities, including purchasing motorized wheelchairs, a $10,000 wheelchair lift, a wheelchair-accessible van, and funding home renovations to make our house safer and easier for Evan to navigate. His devotion to ensuring his son's comfort, dignity, and happiness reflects the depth of his selflessness and love as a father.

I understand that the charges against my husband of Distribution of Child Pornography are serious, and I do not take them lightly. This has been an incredibly painful and humbling experience for our family. My heart aches for all who have been affected by such crimes. However, I also know the man that I have come to love and respect. He is deeply remorseful and committed to understanding how he arrived at this point. He sought out therapy on his own with sex addiction therapist, a therapist, and our Pastor. My husband should not be defined solely by his mistake. A single chapter does not represent an entire life, nor does it erase the years of love, responsibility, and integrity he has shown as a father, partner and provider. His actions were very serious, but they do not reflect the fullness of his character or the man he is working hard to become. Michael has taken full responsibility for his actions and is committed to growth, accountability, and change. I've seen this firsthand.

Although I was deeply hurt by the fact my husband secretly recorded me and shared photos/videos of me online, I have made the conscious decision not to live my life identifying as a victim. I believe that forgiveness is essential to healing, and through prayer and faith, I have chosen to forgive him. This does not mean I condone his actions, but rather that I refuse to let anger and resentment define my future or the person I strive to be. My forgiveness comes from a place of faith, love and hope that genuine repentance and transformation are possible.

Through this very difficult season, Michael has come to know God in a real and personal way. He gave his life to Christ while he was in jail and has been saved. His faith is new but sincere, and I have witnessed an undeniable transformation in his heart. He now prays daily, reads his Bible, and is genuinely seeking to live according to God's word. This experience has broken him down, but it has also rebuilt him with humility, conviction, and a true desire to live a life of honesty, accountability, and purpose.

I respectfully ask that you take these factors into consideration when determining his sentence. I am not asking for leniency without accountability, only that the Court show mercy and provide an opportunity for him to continue his treatment, faith, journey, and family responsibilities under supervision and therapy rather than long-term incarceration.

Thank you, Your Honor, for your time, compassion, and commitment to justice.

With utmost respect,

*Wendy L. Bretsik*

Wendy L. Bretsik

The Man I Want to Marry                                    12/1/15

- loves me unconditionally  Loves God!
- love my children unconditionally
- Financially stable; will help me in that area
- Patient - not easily angered; apologizes
- Kind to others - help others
- Does not hold a grudge
- Physically fit
- Around my age
- Handsome
- Thinks I am beautiful, even when I don't see it
- Plans things to do
- helps out with whatever; sees something
  that needs to be done and does it
- Helps me - want me doesn't want me to struggle
  Will stick up for me
- Has no problem being a spend $o husband
- Kelsea, Josh & Adam like schine
- Does things with my kids
- Listens; gives advice
- Not in competition with me
- Encouraging/proud of me - proud of him!
- Wants to hear about my day
- Has a nice family
- older kids
- Wants our families to spend time together
- Funny personality; makes me laugh all the time
- Loves dogs
- Has a house
- Will want to share finances; accepts my
  (horrible credit score)
- Wants to take care of me                 - smart (book &
- Will let me take care of him                       street )
- Lives close by
- Will communicate

- Will let me hug them whenever
- hold my hand
- hold me when I cry
- will be there for me
- call to my kids; offer advice
- likes to camp
- teaches me / shows me new things
- gets me to try new things
- likes to travel
- Will not make me wonder about his love for me; question it.
- Will want the same dreams & vice versa
- will make me feel like I am being taken care of
- likes to goof around
- loves holidays / family time
- likes my friends
- pushes me to go to church
- neat / tidy
- dresses nicely; accordingly
- not materialistic, but likes to have toys (boat, etc. or will want to camper
- likes my parents, family

- Dear Lord –
  Please help me find him!
  Amen

October 28, 2025

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida

      RE:    Michael Edward Bretsik

Dear Judge Dimitrouleas:

My name is Laura Ann Perkett. I am Michael's sister. Michael is the first born, our sister, Sue, the middle child, and I am the youngest sibling.

I am writing this letter to you regarding the sentence my brother is facing. I am fully aware that he has pled guilty to 12 counts of distribution of child pornography. I am aware these charges involve distributing inappropriate/sexual images of minors. I have read the indictment in full and understand everything contained in it.

It is extremely hard to try to sum up the 49 years in which I have known Mike, but I want the Court to know that he is an extremely hard worker, a wonderful father to his son, and has always been there for me as a brother. If our parents were alive, I am positive they would tell you that he is an amazing son and that they are/were very proud of him.

One of my earliest memories of him helping me was when I needed to build a rubber band type powered car for a class project. I had started it but needed help finishing it up. I left a note for Mike on his dresser that I needed help with it and left it for him. He had already left by the time I got up in the morning, but that little car was finished. He took the time to help me late at night, after a full school day (he was in high school) and after going to work. He could have easily said it was my problem and left it, but he didn't. I still remember that to this day.

Our childhood was somewhat typical, yet full of ups and downs. We went to church every Sunday with my mom and also had Sunday dinners with my paternal grandmother. We were all very close growing up. Playing make-believe in our basement, building snow forts and playing in our front yard/backyard. One of my favorite memories growing up was our yearly Christmas Eve tradition where after we came home from midnight mass, we would go to our rooms and have a lamp or flashlight to "signal" to each other that Santa was on his way to our house. Occasionally, we had day trips with our mom to Bronner's in Frankenmuth, Michigan or to Camp Dearborn in Milford, Michigan. We always looked forward to those times when we were able to go. There were also a few visits to a small two room cabin in Alpena, Michigan during fall/winter, where my brother and dad would go hunting together. Earlier holidays were celebrated with our paternal grandmother, who was wonderful, a true card player, a member of the Daughters of Isabella, and who also gave the best hugs and would let us stay at her house (taking one of us at a time so we had our own time with her to get spoiled). She also was the only one who could stand up to our father. She passed when I was 16 years old. Mike would have been 20/21 when she passed. Our dad completely fell apart after she died. He suffered from the ups and downs of grief, depression

1

and anger, he also made the holidays following that hard because he didn't want to celebrate without his mother. I remember Mike telling me many years later that he wished we could all have a family holiday or get together without someone being angry, depressed or sad. He made that comment only after his son, Evan, was born. He wanted better for Evan.

Our father, although he was a hard worker, struggled with bouts of anger, depression and often there was verbal abuse (my sister remembers physical abuse). He seemed angry a lot when we were younger. If we ever did anything slightly wrong or got hurt somehow, it seemed like an inconvenience. There were some accidents in which he hurt himself, some at home and some on the job, and out of frustration, would yell at us and make us feel small. We all tried to help him when he was injured, but he was almost impossible to help. One of his "famous" sayings to us, was "if brains were gunpowder, you couldn't blow your nose". We all tried to stay out of the house as much as possible to avoid him. He never wanted us to have friends over, and even us playing in the front yard, would be annoying to him. He would yell out the window at us if we were to loud. We all couldn't wait to move out to get out from under him. Years later, we learned he was subjected to the same behavior by his own father. There was almost no nurturing in his home either. You can only give what you are given, so the cycle repeated itself. Much later in life he found God and became a part of the Knights of Columbus. He was softer than, more vulnerable. He still was disengaged at times. Often forgetting we were in the house when we stopped by to visit. He would disappear and go onto his computer, or just leave the house suddenly, as was the case once when my brother and his son came to visit.

Our mother, also a hard worker, worked mostly part time jobs after she had children, and also took care of all of the cooking, grocery shopping, cleaning, lawn care, taking the trash out, and taking care of us. She seemed unhappy a lot, and I remember tears at times, but she never really spoke about it until much later in life. She was a drinker and smoker when we were younger, but after she had a heart attack, she quit. I think that was just how she coped with her feelings. She never spoke up for herself. I often heard my dad belittle her, just like he did to us, and it made me angry. He liked to use the word "stupid" a lot. Mom seemed disconnected/disinterested at times. She battled depression but never spoke about it (I believe their generation did not believe in treating/addressing mental health issues). But she really did the best she could and tried to make things as special for us as she could. She definitely raised us, not my dad. Considering her upbringing, I think she did her best and loved us as much as she could. She came from a family of 7 children. They all lived in River Rouge in a small home. Her father, my maternal grandfather, was a hard worker, but an alcoholic. Our maternal grandmother was a homemaker, and from what we were told, was very quiet. During the weekends, our maternal grandfather would use physical violence to express his feelings. Our mother would say they feared him on the weekends, but that he was a hard worker who had to provide for everyone.

Both our mother and father did their best to raise us. I believe none of us felt truly "nurtured" by them. We definitely didn't feel encouraged a lot or felt like they were proud of us. Those weren't words we heard a lot growing up. I wish we were a family that had openly talked about our feelings and received more hugs. Most of the time you just dealt with things on your own and moved on the best you could. My brother vowed to never treat/raise his kids like my dad treated us. My brother somehow became a very nurturing parent, so involved in his son's life and academics. I often envied him because I never had that in me.

2

My brother always excelled in working hard.  He started working at 16 as a bagger at our local grocery store, and many years down the road, went back to school, taking online/night classes at Cleary College, and he graduated Magna Cum Laude, all while taking care of his wife and son. He worked hard at his job at ZF Group, which ended up getting him promoted time and time again (all of his promotions came with a pay raise, but in some cases little explanation of what his new role included and zero mentoring to help him navigate the promotion).   He was at ZF Group for 17 years.

Although his job was important to provide for his family, my brother's biggest joy in this world is his son.  Evan came into this world in February 2005.  My brother was so proud and so happy that day.  I remember being in the room with him holding Evan and I just saw how proud he was to finally be a father.  He was always so engaged with him.  I remember the "Little League" football games Evan was in, and Mike was at every single one.  Cheering him on, telling him how proud he was of him.  Always being there.  Helping him with homework and anything related to his classes in school, like science projects.  Throughout all these years, Mike continues to be encouraging, supportive and patient, on top of making all the birthdays and holidays special for him by continuing traditions (dyeing Easter eggs, picking out and cutting down live Christmas Trees, making holiday cookies with all of us, visits with Santa when he was younger, and just so many other things).   They enjoyed watching Nascar races together, going to U of M games at the Big House in Ann Arbor, Michigan, taking hunting trips together (some of those were with our dad before he passed).  It was and still is amazing to see the connection between them.

When Evan was diagnosed with Duchenne Muscular Dystrophy, it devastated my brother. When someone tells you your child has a life altering disease and potentially a shortened life span, that's nothing short of heartbreaking.  I was with him (and Mike's first wife/Evan's mom at the time) and I can tell you, he never shed a tear in front of Evan.  He was completely broken up inside, but he never wanted Evan to see him cry.  He tried so hard to hold it all in.   That came from our upbringing.  Never show your emotions.  But that also was to protect Evan.   To make sure that he never felt like something was wrong.   Remain positive.   They protected Evan from that news until they got home and at some point they tried to explain to him what it all meant.  I believe Evan was around 7 at the time of diagnosis.  Such a young age to try and understand what was happening to him.  My brother was completely crushed by the news, but was determined that this disease would not take his son from him, and that he would continue to do everything to help find a cure, and to make life as "normal" and as "comfortable" for Evan as he could.

Mike and his first wife ended up divorcing, and I was also there to see that unfold.  It was not easy for Mike to go through that process.  I saw how it affected him.  He and I had dinner on many occasions during that timeframe, and I can honestly say, I think he felt like it/divorce was a failure. He was worried how it would affect Evan having divorced parents. He didn't want to be part of society that was "divorced".   But he did his best to try and shield Evan as much as he could from that situation. My brother leased an apartment for a short time during/after the divorce, but shortly thereafter, found a beautiful new build home in Howell, Michigan. He made sure to find something close to Evan, and this house is literally like a mile down the road from Evan's mom's house. Even after the divorce, Mike would go over to his ex-wife's house to assist Evan into the shower, help him bathe and then get him out of the shower, help him get dressed and assist with getting him

3

into bed. Despite the divorce, Mike was there to help make sure Evan got the care he needed, even if Evan was not in his own home at the time.

After his divorce was final, Mike starting dating and found the love of his life, Wendy. Both of them had gone through emotional divorces and I think the universe finally aligned and that's how they found each other considering they were not living close by each other. They would both drive back and forth from Howell, MI to Kalamazoo, MI (where Wendy lived) regularly. He was ecstatic when he told us about her. She made him so happy and she also had three children from a previous marriage who got along great with Evan. There was nothing he wouldn't do for Wendy and she for him. They completed each other. She was another reason for him to achieve great things in life. To continue to be a great partner and provider. In October of 2021, they got married and became a blended family. They all planted a tree during the ceremony to signify their new family and "planting roots". She is great with Evan, and has been instrumental in helping my brother with Evan and his needs while Evan is at their home. She has always been a huge supporter of my brother and my family, and she continues to support him and my sister and I. She knows he is a good person and that he has been there for her family, as well as her children, when they needed him. Both her and my brother continue to attend church every week, meet with their pastor for spiritual guidance, and they read from the Bible daily for strength and encouragement.

Throughout the years, Mike has attended multiple fundraisers for Duchenne's/Muscular Dystrophy, stayed on top of new research and treatments that could potentially stop/slow down the progression, and he also modified a huge portion of his house to make sure it was easier for Evan to get around (putting in a large wheelchair accessible bathroom and also a wheelchair lift in his garage). Before getting the handicap accessible van, Mike would physically lift Evan in and out of his car. He would carry Evan on his back to get from point A to point B, just so Evan didn't have to miss out on anything due to accessibility issues. Mike also made sure Evan still got to spend time outdoors and found an amazing organization called the Outdoor Dreams Foundation, which has organized many accessible hunting trips that they both have been able to go on together.

Despite long work hours and raising his son, Mike always had time to help our family. When our mother had back surgery in early 2017, Mike came after work one night to help us build a pathway our parent's backyard so that my mom would have an easier time walking to her gardens. I remember he still had his work pants on. But, that didn't matter. He would often come after work or on the weekends to help our dad with yard work, numerous plumbing issues and anything else they needed help with.

Mike has also helped me when I needed an ear, just someone to listen. Years ago, he was there to help me move into/out of my apartment. When I lost my father-in-law, he was there for both me and my husband. And, again, when my husband and I lost our son, he was there. He called, he asked if there was anything he could do, he checked in with us regularly to make sure we were ok. He never asked for anything in return, he just wanted us to know that he was there for us. Sometimes it's not about actually helping someone, it's just about being there. And I knew he was always there for me.

4

Our mother, Leona, passed away from ALS in November of 2017. She was diagnosed with ALS one week before she passed. Before diagnosis, we really were not sure, or were not being told, exactly what was wrong. She just kept declining throughout the year after her back surgery. There was rehabilitation and then a feeding tube/port was put in due to her aspirating, and then she was intubated in the emergency room approximately 2 weeks before she passed. There were many tears and hospital visits that year as we struggled with her declining health. I remember my brother holding our mom's hand in the hospital and putting a cool cloth on her forehead to comfort her. He always spoke softly to her and said prayers at her bedside. My brother, sister and I all tried to rotate our visits to the hospital (and rehabilitation facility prior to that) to spend as much time with her as we could, and also to give our dad time away from the hospital. We watched her slip away on November 21, 2017. Our family was completely heartbroken and crushed. My sister had a mental breakdown shortly after our mother passed and ended up in the hospital. Mike and I helped her through that, while going through our own grief, and offered our support in whatever capacity she needed. Unfortunately, my sister struggles with bi-polar disorder, and my brother (and I) have helped her on many occasions throughout the years, whether it be cleaning her apartment, helping her pack and move into different apartments, providing monetary support, help fixing her vehicles, and literally whatever else she needed to get her back on her feet and help in whatever way we could to get her back into a better spot. She even moved in with Mike for a short time when she was in between places. Again, despite anything he was going through, Mike always came through for his family.

After our mom passed, my dad struggled greatly. He was up and down emotionally for quite some time (as to be expected when losing a spouse of 50 plus years). However, he had some sort of mental breakdown a year or so later, and ended up having to file for bankruptcy after he was catfished online. He took a reverse mortgage on his home and ended up giving over $50,000 to someone he had never met. He was still working and rushing around to Bit-Coin machines to send this person money even though he should have been taking care of himself. He believed this person wanted to marry him and truly loved and cared about him. Our dad was the first person to call people stupid when we were growing up, yet he totally believed this person online was going to be his next wife. It was awful to see him go through that. He was not the dad we knew. He just completely disconnected from the real world due to stress, grief, mental illness, or probably all of the above. My brother was there to try and help and convince him that this person was not interested in him and tried to reason with him. After everything that happened, he still believed this person cared for him. When our dad contracted Covid in November of 2020, Mike and I brought Thanksgiving dinner to him and dropped it off so that he could enjoy the holiday even though we couldn't celebrate together. On December 1, 2020, we also celebrated his birthday from outside on his porch since he was still under quarantine. Mike and Evan showed up with a birthday cake and candles, and we all sang Happy Birthday to him from the outside. That was our dad's last birthday. He passed suddenly in the middle of the night two weeks later from Covid Pneumonia. None of us were at the hospital when he passed. None of us got to say goodbye. We were left with things unsaid, and that is a heavy burden to carry.

5

My brother, Mike, is an amazing brother, son, husband and dad. He has always worked so very hard and provided so much love and support to not only his son, but his wife, her family and my sister and I, and also my husband, Joe. Our family has been through so much and I am asking Your Honor to please take all of this into consideration when deciding my brother's sentence. My brother is fully aware that what he did was wrong, and he is extremely regretful. I see it every time I am with him. He is not taking this lightly and hates himself for what he has done. He has asked God for forgiveness and has taken the steps already to make his faith stronger and get not only spiritual guidance, but also psychological/emotional help that is helping him "unpack" his feelings.

He has asked for forgiveness and I have given that without hesitation because I know that he is a good person and I have seen all the good he has done. I am asking Your Honor for leniency. We all need him with us, to be present in our everyday lives, to be with us when we are celebrating or when we need a shoulder to lean on or an ear to listen. He needs to be here for his son, Evan, because Evan needs his dad in his life, to be able to help him (as he's always done in the past) navigate "adulthood", to continue to take care things when Evan cannot do them for himself, and as his MD progresses, to give him strength to keep fighting and encouragement to enjoy the little things in life. And Mike's wife, Wendy, also needs him for more reasons that I can write here.

I am not sure why this all happened. But, it is not my job to figure out the "why". I can only say that this is not the Mike I know. I have and will continue to be there for him and support him in any rehabilitation he may need, counseling, and in any other capacity where I can help. I will be there to encourage and support him always, because I know he would be there for me. We are his family, we love him very much, and family is always there for one another.

Thank you for taking the time to read this.

Sincerely,

*Laura Ann Perkett*

Laura Ann Perkett

6

November 2, 2025

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida

Re: Michael Bretsik

Dear Judge Dimitrouleas:

My name is Sue Bretsik. I am 51 years old, a resident of Ypsilanti, MI. I am a veterinary assistant at an animal hospital in Ann Arbor, MI. Michael Bretsik is my brother. We are 3 years apart.

I understand he has pled guilty to distribution of child pornography.

In our childhood, Michael was my best friend and protector. While sisters are normally closer, this was not the case. I wanted to be just like him. I remember the countless times we would go down to the park, and he would teach me how to play baseball. He was very patient with me, and he would always reward me with Slurpees afterward. I was harassed by bullies at school, and I will never forget the one time he confronted one on the playground. That person never bothered me again.

After graduating high school in 1989, Michael went to Henry Ford Community College for higher education. This was a major step as none of our family had at that point. He was focused on auto mechanics and used that knowledge to gain employment in the automotive field. His first professional job was at TRW in 2008 as Account Representative. During his time there, he got married and had a son named Evan in 2005. When Evan was diagnosed with Duchenne Muscular Dystrophy in 2011, Michael realized that his income would not sustain the treatment needed. He enrolled at Cleary University and graduated with a bachelor's degree in Business Management, earning Magna Cum Laude in the process. He did all this while working a full-time job and taking Evan to his doctor appointments and treatments. He was with the company for 25 years before resigning in 2025.

Personally, there has been significant trauma in our family. It started with his unhappy marriage, ending in divorce in 2016. I believe this started what has become a huge hole in Michael's heart and soul. He blamed himself for being imperfect, unlovable, and never good enough. Thankfully, he has found love again with his current wife Wendy. But more trauma unfolded when in 2017 our mother died unexpectedly. Instead of dealing with the grief the healthy way, we stuffed our feelings deep inside and went about the business of making funeral arrangements. Three years later, our father died unexpectedly of Covid. Michael took charge: he made memorial arrangements, handled our father's estate including paying off his debts and putting the house up for sale. Grief was again pushed aside and ignored, making the hole even bigger.

I have had my own personal struggles that have affected him as well. In 2004, I was diagnosed with a mental disorder and have been hospitalized on several occasions. Each time, Michael felt powerless to help me or find the words to comfort. My last hospital stay was in 2018. I remember the sadness in his eyes as me drove me home, another emotion not dealt with. I say all this not to excuse his choices, but to give you a glimpse into a man in need of help.

While incarcerated, Michael found God. He picked up the bible looking for answers to the emptiness he felt. When he was bonded out, he came home determined to change and make God the center of his life. His faith has grown as has he, and because of that my own relationship with God and with him has deepened. We pray together, go to church together and call each other on the phone more than ever. His desire to make amends is obvious as he has written letters to the people he has hurt and reached out to others via phone. I feel his remorse is genuine; if he could go back in time, I believe things would be much different. He has begun therapy to start to address his long-suppressed emotions.

Your honor, what Michael did is NOT who he is. When I heard the news, my first words were "not my brother!" He fell into something he thought might fill his empty heart only to find his life in ruins. While he will serve jail time as he should, I am asking you to please be lenient. I believe he would benefit from the help he will get outside than a long incarceration. Our family is already broken; please allow us to have Michael with us to heal fully.

Respectfully yours,

October 27, 2025

The Honorable William P. Dimitrouleas

United States District Court Judge

Southern District of Florida


Re: Michael Bretsik


Dear Judge Dimitrouleas,


My name is Raymond L. Morrow.   I am a resident of Michigan and am writing you in an effort to add a bit of perspective to the difficult task you have of deciding what should be done with Michael Bretsik, who awaits sentencing in your court.   I am an attorney who has been licensed to practice law in Michigan for the past 56 years, licensed in two United States Courts of Appeals and in the Supreme Court of the United States.   The first seven years of that time were spent in public service, first as a Special Agent with the Federal Bureau of Investigation for three years, then as a Prosecuting Attorney in Oakland County, Michigan for four.   I specialized in commercial litigation during the remainder of my time in law and am currently Of Counsel to my law firm.

With that background, you might be surprised that I am writing in support of someone convicted of a crime...particularly a crime involving children.   I have never done anything like this before.   I met Mike Bretsik about 10 years ago, when he and Wendy, my niece, were dating.   I became Mike's uncle when he married Wendy about 6 years ago.   I confess in advance to being prejudiced, but Wendy is a Saint. I love her like a daughter. Her mother, my only sister, Gwen Garriott, died last year after suffering over the past decade with a terrible disease in the ALS family.   Before meeting Mike, Wendy, by herself working full-time, raising a growing family alone, and living in Kalamazoo, Michigan, approximately 100 miles away from the home of our parents, made countless trips back and forth during those 10 years, comforting, helping and supporting both mom and dad. The bounds of her love were unlimited.   She has continued to support her dad in the same loving ways, including through the current ordeal caused by her husband.

When I was first advised of what happened in this case, I secured through Pacer the charging documents and affidavit.  What I read was shocking and did not describe the Mike Bretsik I had come to know.   Mike had earned my respect for most of the reasons that respect is earned.   He was extremely loving in his relationship with Wendy.  Wendy has had some difficult times in the past, and I had never seen her happier than in her time with Mike.   Mike was well educated and respected in his career.  He is (or was) a "people person" and made friends easily.   Mike's son, Evan, from his prior marriage was disabled from birth, but was always treated by his dad as just a normal kid.   Mike saw to it that Evan had a life full of activities, places, people and events the same as any non-disabled boy could experience:  hunting, fishing, camping, etc.  It was Michael that constructed and /or purchased all of the handicap home and transportation features that allowed Evan to be "normal".   Indeed, Michael was Evan's sole and dedicated custodian.  On many occasions, I saw the two of them interact.  They were extremely close.  I've raised two sons of my own and believe I can identify a good father/son relationship when I encounter one.  This was one of the good ones.  Michael also was a regular participant for weekends and after hours to help Wendy's mom and dad with anything the two Octogenarians needed for health and home issues.  Because of all of this, I very much liked and respected Mike.  So, I was as disappointed as anyone to learn he had made a huge mistake; one causing enormous suffering among all those who loved and respected him.  Yet I write this letter.  Why?

As a prosecutor in the 1970s, I tried and convicted two highly publicized child abuse and murder cases.  Both defendants are still in prison.  So, I am no fan of people who hurt children.  Without question, Michael Bretsik did something stupid.  He knows it was stupid.  But he did not hurt any children.  He did not intend to hurt any children.  Indeed, there are no victims in that sense.  Certainly some will argue that the victims are there, but they are indirect, and others seeing pornographic pictures might be encouraged to act illegally.  But Mike did not physically hurt any child.  He did not emotionally hurt any child...except perhaps his own son in his reaction to what has happened, and for that, Mike may never forgive himself.

Thinking about what happened, it's my personal view that what Mike did is much like what alcohol or drug addicted people do.  They get hooked on something that's not good for them but are unable to stop.  There may be no direct victims involved in what they have done except for themselves, but, as here, the public has a reasonable concern about what might yet happen to others from the addict's actions if nothing is done.  Usually that means after being arrested for a first or second offense, addicts get some lesser or moderate punishment and are ordered for treatment for their disease.  Mike became addicted to something other than alcohol or drugs, but no less destructive, and has

received punishment far in excess of most others who suffer from addictions.  For instance, he was fired from his very good job.  He lost the respect and love of most of his friends and family. He was and still is humiliated, ashamed and embarrassed to his core. Wendy and Evan, the two loves of his life, have been devastated by his actions.  An otherwise life-long, law-abiding person, he learned what it was like to be in prison, far away from home and from the people he loves.  Mike has already spent months in jail.  He has gone through most of his and Wendy's savings to deal with all this.  He complied with all of the strict, limiting requirements of his bond.  He has sought and received professional help. Mike is at heart a decent person, but his family is on life-support as things stand. He has already been severely punished for his mistake and now faces even more.  But a lengthy prison sentence seems both unnecessary and even counter-productive at this point.   With due respect, there is a better solution for Mike and his family that should give us all cause for optimism:  **Wendy has forgiven him.** I admire her strength and capacity for love, and sincerely believe, as she does, that Mike will never, ever do anything like this again.   He once made a stupid mistake. He knows he did, he admits it and has paid dearly.

Thankfully he still has a chance.

      This old prosecutor would hope that this Honorable Court will favorably consider the most lenient sentence possible with appropriate conditions.

      Thank you, Your Honor, for your time and consideration.

Sincerely,

Raymond L. Morrow



**k.EMPI<.LEIN**
LAW    FIRM

**RAYMOND L. MORROW**
Attorney

201 West Big Beaver
Suite 600, Troy. Ml 48084

Phone: 248.528.1111
**Direct: 2:dfs'19 IBA.i.**
Cell:    248.797.3546
Fax:    248.:i28.5129

r.morrow@kkue.com
www.kempklein.com

Gerald M. Garriott
43137 Winterfield Dr.
Sterling Heights, MI 48314

October 27, 2025

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida

RE: Michael Bretsik

Dear Judge Dimitrouleas:

My name is Gerald Garriott. I am a retired educator with a specialization in Electrical and Electronics Technology. I earned a Master's degree in Electrical Engineering and dedicated 31 years to teaching in the Electrical/Electronics Technology program at Henry Ford Community College in Dearborn, Michigan.

I have known Michael Bretsik for 9 ½ years and as my son-in-law for 4 years. I know him as a very capable and skilled manager at ZF of a manufacturer of auto parts. I also know him as a caring and loving son-in-law who has tended to my needs as an 86-year-old retiree. I am aware of the charges against him for Distribution of Child Pornography and the seriousness of those charges.

I am aware of the nature of his managerial responsibilities and the accompanying stress of that business. I am also aware of the many men who have been scared by the supposable relief of stress by engaging in pornographic materials.

I am a practicing Christian who provided financial skills for the church as its Finance Secretary for 13 years. I believe Mike is now seeking Christ for an answer to his addiction. He is in the care of professional help and is not likely to be recidivistic offender.

Very truly yours,

Gerald Garriott

October 28,2025

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida

Re: Michael Bretsik

Dear Judge, Dimitrouleas:

My name is David Thomas Merz, I'm a Machinist and Engineer of my own Company and neighbor of Mike in Howell, Mi.

I have known Mike since around 1995, I met him through a mutual friend and we created a friendship over the building of his dune buggies, then in snowmobiling. Along with building another dune buggy this year and remodeling the house for the last few years to make the house wheelchair accessible for his son, and many trips snowmobiling. In all the years of knowing Mike I have never had any inclination of any inappropriate behavior and never thought for a second that being around my kids would be an issue.

In talking to Mike and spending some time with him since he was incarcerated, he admitted that he was charged with distribution of child pornography and admitted that what he did was very bad and wrong and we discussed that he work at getting as much help as he can to figure out how to not repeat the same mistake and that I would be there as a friend to help were I can . Mike is a good friend and my only concern about him being incarcerated for a long period of time would be that it would be impossible for him to get the proper help needed in that environment and to be there for his wife and son.

Respectfully yours

David Thomas Merz

October 30, 2025

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida

RE:  Michael Bretsik

Dear Judge Dimitrouleas:

My name is Joe Perkett the brother-in-law of Michael Bretsik.

I know that Mike has pled guilty to 12 counts of distribution of child pornography. I do understand what the charges are and I also understand the potential sentence he is facing.

Laura (Mike's sister) and I were married in August 2005.   I did not know that much about Mike before that, but once I became a part of the family, I got to know him better. That year was also the same year his son Evan was born.  I have never seen a prouder man standing there holding his newborn son.  Laura and I attended Evan's baptism, and I saw the same look of pride on Mike's face that day.

We attended Evan's flag football games and Mike was very involved with his son's games.  He helped coach the team and was teaching his son at the same time.

When Evan got diagnosed with Muscular Dystrophy, there was a change in Mike. He had a good job and worked hard, but he wanted to do more.  So, he went back to school to get into a higher level at his company and to also make more money as he knew there would be more medical costs for Evan. I also watched Mike devote himself to making Evan's life easier as the disease got worse.   After Evan lost the ability to walk, when they were at our house, Mike would lift Evan up into our pool so he didn't have to miss out on swimming with everyone.  Mike would even carry him on his back up and down the stairs to our house. Mike completely renovated his new home to make sure that Evan had everything he needed to get in and around his home.   Mike took Evan on several trips for medication trials to help slow down the disease.   Mike never let Evan feel like he couldn't do something.  Mike made sure that Evan still got to have experiences like camping, vacations to the beach (he bought a wheelchair that could be used in the sand), and going on turkey and deer hunts.  Whatever Evan wanted to do, big or small, Mike made it happen.

The charges against him in no way seem to fit the man I have known for the last 24 years.  Mike is a good man, a good father and everything he has ever done has been centered around his son and family.

My son, Jacob, passed away suddenly in September 2017, and I will never get to have more time with him.  The sentence that Mike faces could take away all of the time he would have with Evan, and he would never be able to get that time back.  I know exactly how that feels, and the reason why I am asking the Court for leniency.

I hope the Court takes into consideration everything I have written in this letter and gives Mike a second chance.

Sincerely,

Joseph William Perkett

Dear Judge Dimitrouleas:

Words cannot fully express the deep remorse, guilt, and shame I feel every single day for what I have done. The choices I made haunt me constantly, and I struggle to imagine a time when I will be able to forgive myself. My days are filled with tears and the nightmares are never-ending. My soul aches knowing the crime I have committed, and the pain, sorrow, and utter devastation I have brought upon my wife, my son, my sisters and our entire family.

As a father my heart breaks for the innocent children and their families whose lives have been devastated by the terrible crimes of exploitation and sexual abuse. I want to be clear that I would never intentionally and have never intentionally harmed a child, however, I now recognize that my actions and behavior contributed to the cycle of exploitation that promotes others to cause such harm. Knowing this consumes me with sadness and deep regret which is unbearable. As adults it is our responsibility to protect children as they cannot protect themselves, and I failed to do my part. This failure is something I will carry with me for the rest of my life.

On my own, I have taken the initiative to begin working with mental health professionals to understand how I allowed myself to engage in something that violates both the law as well as the moral and ethical values I have lived by for most of my life. I am committed to taking every step necessary to understand why I made the choices that I did and to ensure that I never do anything like this ever again.

I am the father of a 20-year-old son, Evan, who was diagnosed with Duchenne Muscular Dystrophy at age 6. Duchenne is the most severe form of Muscular Dystrophy which affects mainly boys. His diagnosis was devastating and took away the hope that every parent has which is that their child lives a long healthy life. Muscular Dystrophy is an inherited genetic disorder which does not allow muscle tissue to regenerate after breakdown which occurs every time the muscles are used. The muscles continue to breakdown over time causing ongoing loss of strength. Weakness begins initially in the legs and progresses to other areas of the body eventually affecting vital organs such as the heart and lungs which leads to decreased life expectancy. There is no cure for this horrible disease and although there is much research being done, it takes time which is something boys affected by this disease do not have. The primary treatment for Muscular Dystrophy Is steroids which serve to only slow the progression. The long-term use of steroids only adds negative side effects such as osteoporosis (brittle bones) and liver/kidney damage to the long list of health concerns these boys have. This disease took away Evan's ability to walk when he was 16, and it continues to weaken his muscles and limit his ability to be self-sufficient a little more each year. As each year passes, he requires more and more support and care to live his life which demands an enormous commitment both physically as well as emotionally from both his mother and I.

For the past 14 years, I have dedicated my life to ensuring he has everything he needs – physically, emotionally, and educationally – to live as full and joyful a life as possible. I have done everything in my power to help him experience all the things he has dreamed of, despite the challenges of living with a progressive, incurable disease. I love him more than words can express, and I have always wanted nothing more than for him to have the best life possible which is what every child deserves.

In 2021, I married my wife, Wendy, who I love with all my heart and became a stepfather to three amazing young adults – Josh, Kelsea and Adam. Despite not being their biological father, I have always been committed to being there for them, guiding them, and supporting them

wherever and whenever they needed it. I love them all unconditionally and have always wanted nothing but the best for them. Wendy and I have only been married for a short time but have always looked forward to a bright future as a combined family. I pray that the brokenness, betrayal and devastation that I have caused can be repaired. I beg and plead for their forgiveness and a second chance to give them the future that Wendy and I dreamed of. One based on God, family and love.

I spent the vast majority of my life working hard and doing the right things, only to fall into a very dark period where I pulled away from my family and friends, becoming someone I still cannot believe that I became which eventually led to my arrest. During the lowest and darkest point in my life, I found Jesus and through Him I have begun to travel down a path of self-transformation. The road ahead will be long, but I am committed to changing myself and to one day help others who may be headed down a similar destructive path to change before it is too late. I can assure the Court, my family and God I will never travel down such a path ever again.

I ask the Court to show me mercy recognizing my true character which is a committed and loving father, husband, and brother. I cannot change the past, but I can and will change the future. I can turn my life around and start over following in God's footsteps. I am committed to continuing therapy not only to uncover the root causes of my actions, but also to receive the help and healing I need to ensure lasting change. I pray that I will be given the opportunity to continue this work and to rebuild my life with integrity, accountability, and purpose. I beg the Court to consider the lowest possible sentence so I can return to my family and begin the process of rebuilding relationships, trust, and integrity. My family needs me and I need them. Please allow me the time to give them the life that they deserve and to be the father and husband that I always promised I would be. I am a changed man ready to start over and follow the path God has laid out for me.

Sincerely,

Michael E. Bretsik

Michael E. Bretsik